ACCEPTED
06-15-00038-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/12/2015 12:57:10 PM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT REQUESTED**

CAUSE NOS. 06-15-00038-CR, 06-15-00039-CR, 06-15-00040-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/12/2015 12:57:10 PM
DEBBIE AUTREY
Clerk

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

_____

ROBERT BRICE DAUGHERTY, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH DISTRICT COURT OF LAMAR COUNTY;
TRIAL COURT NOS. 25928, 25958 & 25886;
HONORABLE WILLIAM HARRIS, JUDGE

_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

_____

Gary D. Young, County and District Attorney
Lamar County and District Attorney's Office
Lamar County Courthouse
119 North Main
Paris, Texas     75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

**ORAL ARGUMENT REQUESTED**

1

CAUSE NOS. 06-15-00038-CR, 06-15-00039-CR, 06-15-00040-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

_____

ROBERT BRICE DAUGHERTY, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH DISTRICT COURT OF LAMAR
COUNTY; TRIAL COURT NOS. 25928, 25958 & 25886;
HONORABLE ERIC CLIFFORD, JUDGE

_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The State of Texas moves this Court pursuant to the Texas Rules of Appellate Procedure for an extension of time in which to file the Appellee's (State's) Brief upon

2

good cause shown below.

## I.

On May 15, 2015, Robert Brice Daugherty (Daugherty), the appellant, filed his brief for purposes of cause numbers 06-15-00038-CR, 06-15-00039-CR, 06-15-00040-CR. As the appellee, the State's brief is currently due on or about June 15, 2015.

This motion to extend time seeks an additional thirty (30) days for the State to file its brief.

## II.

This is an appeal from the 6th Judicial District Court of Lamar County, Texas. In the District Court, the cause numbers were 25928, 25958 and 25886.

## III.

On or about February 19, 2015, the appellant filed his notice of appeal in this Court. The official court reporter filed the Reporter's Record on or about March 31, 2015. The district clerk filed the Clerk's Record on or about April 14, 2015.

The appellant, Daugherty, filed his brief on May 15, 2015.

## IV.

The present deadline for filing the appellant's (State's) brief is Monday, June 15, 2015. Since the filing of the appellant's brief on May 15, 2015, counsel for appellant (State) was preparing the brief in cause number 06-15-00037-CR styled *The State of Texas v. Erica Lynn Fuller* in the Sixth Court of Appeals at Texarkana (filed on June 5, 2015).

In addition to the brief in the *Fuller* appeal, counsel for the appellee (State) had criminal dockets, including the preparation for a jury trial during the last week of May, 2015 in cause number 25874 styled *The State of Texas v. Mark Record* and cause number 25936 styled *The State of Texas v. Terry Glasgow* in the 6th Judicial District Court of Lamar County. On Friday, May 29th, the jury trials were canceled because all cases were granted continuances. On June 2nd, counsel for the appellee (State) selected a jury for a juvenile case, in which, the defendant was charged with murder. Afterwards, counsel for the appellee (State) was preparing cases for the grand jury, which was on June 11, 2015. Beginning on Monday, June 15th, counsel for the State (appellee) had jury selection in cause number 26131 styled *The State of Texas v. Brandon Jones* and in cause numbers 24928 and 24929 styled *The State of Texas v. Derrick Smith* in the 6th Judicial District Court of Lamar County.

Due to these circumstances, counsel for the appellant (State) was

unable to complete the research necessary to prepare the brief in this appellate cause, thus necessitating this request for an extension of time. Insufficient time now remains to complete Appellee's Brief, but, if the time is extended another thirty (30) days to Wednesday, July 15, 2015, the State will have sufficient time for completion with the time as extended.

V.

The purpose of this motion is not for delay, but so that justice may be had by all parties. Appellee requests that an extension of time until Wednesday, July 15, 2015 be granted for the filing of Appellee's Brief, or until such time as this Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Motion to Extend Time to File Its Brief in its entirety and grant the State of Texas an additional thirty (30) days in which to file its brief on or before Wednesday, July 15, 2015, or until such time as this Court deems appropriate; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____

Gary D. Young, County Attorney
SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

**VERIFICATION**

STATE OF TEXAS          §
                        §
COUNTY OF LAMAR   §

BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

I am the attorney representing the Appellee in the above-styled and numbered appellate cause. I have read the foregoing Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

_____

Gary D. Young

SUBSCRIBED AND SWORN TO BEFORE ME on the 12th day of June, 2015, to certify which witness my hand and official seal.



_____

Notary Public, State of Texas

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Motion to Extend Time for Filing Brief has been served on the 12th day of June, 2015 upon the following:

> Don Biard
> McLaughlin, Hutchison & Biard
> 38 First Northwest
> Paris, TX    75460

_____

GARY D. YOUNG

gyoung@co.lamar.tx.us